POOR QUALITY ORIGINAL

# IN THE UNITED STATES
# EASTERN DISTRICT COURT OF MICHIGAN

DANA MCALLISTER
   -Plaintiff

-v-

IMAD MANSOOR MD
MAAN EKKAH MD
MERNA JARBO DO
SHANNON BRZAK NP
COREMED PLUS
MAAN EKKAH PC
World Insurance Associates
LLC
The Doctors Company
Frankenmuth Insurance

   -Defendants

Case: 2:25-cv-11965
Assigned To : Goldsmith, Mark A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 6/30/2025
Description: CMP MCALLISTER v.
MANSOOR ET AL (JB)

*There is another complaint in the Eastern District Court of Michigan with different parties and similar circumstances with Case #2:25-cv-10391-LVP-CI.*

## COMPLAINT

***NOW COMES*** Plaintiff, Pro Se, with her verified Complaint:

### STATEMENT OF FACTS:

1. Dana McAllister, Plaintiff, is a United States citizen.

2. Defendant Imad Mansoor MD is a natural citizen in the state of Michigan.

3. Defendant Maan Ekkah,MD is a natural citizen in the state of Michigan.

4. Defendant Merna Jarbo MD is a natural citizen in the state of Michigan.

5. Defendant Shannon Brzak NP is a natural citizen in the state of Michigan.

6. Defendant World Insurance Associates LLC is a company based out of Ohio, Michigan and provides insurance for medical practitioners in the State of Michigan. The Doctors Company is the dba of World Insurance Associates LLC.

7. Defendant Frankenmuth Insurance is a company based in the state of Michigan and offers insurance coverage in the state of Michigan.

8. Defendant Coremed Plus which is the d/b/a of Defendant Maan Ekkah PC is a medical practice located in Bloomfield Hills, MI and also in White Lake, MI.

9. Ms. McAllister and Coremed Plus engaged in a contract for medical services from the Coremed Plus Defendants (Mansoor, Ekkah, Jarbo, Brzak, Coremed Plus, and Ekkah PC) starting from on or about May 16, 2024 which stemmed from a 3 car motor vehicle accident resulting in injuries to plaintiff's head, neck, and back. (*Exhibit 1 – Contract*)

10. Plaintiff went to this practice because of a referral from a very good friend who is the cousin of Mansoor.

11. Mansoor was the original doctor to review McAllister and then after several visits, he transferred her to Brzak who also continued to observe and notice that she could not bend/twist or she would be injured more.

12. McAllister suffered the back, neck, and head injuries in addition to a concussion.

13. McAllister prior to receiving care signed a contract with the Coremed Plus Defendants.

14. The Coremed Plus Defendants have agreements with the federal government for health care albeit Medicaid, Medicare, Healthcare exchange, and/or private insurance.

15. The Coremed Plus Defendants are licensed medical practitioners who have licenses (agreements) with the State of Michigan, the Federal Government and the Department of Health and Human Services, in addition to laws enacted by Congress as it relates to Civil Rights, the 21st Century Cures Act, and HIPAA (Health Insurance Portability and Accountability Act).

16. For all practical purposes, the laws enacted federally and locally, are meant to protect people from rogue medical practitioners and their employees, basically to provide excellent care, and to treat each patient the same – no matter their race, ethnicity and /or gender, in exchange for payment.

17. The additional Coremed Plus Defendants: Jarbo and Ekkah also treated McAllister and were compensated.

18. On or about September 5, 2024, McAllister provided forms to the Coremed Plus Defendants as it relates to household services. The Coremed Plus defendants failed to properly fill out the forms.

19. On or about September 5, 2024, the Coremed Plus Defendants alleged that Plaintiff was able to return to work, yet stated:  she can't bend, twist, utilize the computer greater than 30 minutes at a time, drive greater than 30 minutes at a time – work restrictions.

20. McAllister's work prior to the accident included driving to one location alone one hour and 17 minutes each way, and other places 45 minutes at a time. Additionally, her sales manager role also included excessive driving, computing, reports and the like.

21. McAllister informed the parties of these discrepancies and yet they continued to falsely allege that she was able to work.

22. Because of the false information, McAllister lost the ability to receive work loss benefits from her auto insurance carrier.

23. Because of the false information, McAllister was not able to receive reimbursement for household services.

24. Ms. McAllister was not able to work and received $0.00/month in reimbursement for the inability to work for several month, yet her income prior to the car accident was $15,000 - $18,000/month from two sources of income.

25.  McAllister was forced back to work or she would have either a) file Ch. 7 bankruptcy or b) lose everything.

26. McAllister informed the Defendant parties about the increase of injuries when she would drive, her ongoing confusion due to the concussion, the increase of back and neck pains from the driving and the sitting.

27. On or about December 2024, Defendant Jarbo treated Plaintiff who claimed that Plaintiff could still work yet stretch her legs on the freeway.

28. Ms. McAllister attempted to stretch her legs on I-75 and almost got hit by a car, she informed Defendant Jarbo who "clarified' everything in the electronic portal claiming that McAllister was to pull over in a rest area.

29. Ms. McAllister finally was able to see a neurologist in December 2024, who agreed that she could not drive greater than 30 minutes due to her condition.

30. On or about January 2025, the Coremed Plus Defendants again falsely claimed that she was unable to work even while noticing the increased symptoms.

31. On or about February 14, 2025, Defendant Brzak again saw Ms. McAllister and even though Ms. McAllister continued to injure herself at work, she continued to willfully and wrongfully falsely claim that McAllister was able to work.

32. Ms. McAllister noticed that during this appointment the Coremed Defendants continued to erase McAllister's ethnicity again, and instead of acknowledging and treating a Cuban and African American woman, the Coremed Plus defendants erased Cuban American and kept the African American ethnicity.

33. The Coremed Plus defendants, when McAllister obtained her records, noticed that they repeatedly and continuously erased her Cuban / Hispanic lineage from the portal.

34. Ms. McAllister's lineage from her Mother's side is of Cuban Ancestry for <u>hundreds</u> of years with a mixture of Indigenous, Spanish, Portuguese, and African heritage.  (*Exhibit II – Erasing Ethnic Information*)

35. The Coremed Plus defendants do not have any medical doctors of Hispanic origin – much less of Cuban ancestry.

36. The Coremed Plus Defendants mistreated Ms. McAllister and violated her Civil Rights of standard care because of her ethnicity of African American and Cuban American background.

37. The Coremed Plus Defendants breached the contract of standard care for Ms. McAllister.

38. The Coremed Plus Defendants continued to falsely claim that McAllister was attempting to receive "financial gain" from an insurance claim – basically accusing her falsely of committing insurance fraud by not providing proper documentation to the insurance company of McAllister's health.

39. Upon information and belief, the Coremed Plus Defendants erroneously, maliciously provided false information to McAllister's insurance company by falsely claiming that she sought financial gain from the three car totaled car accident.

40. Ms. McAllister was treated by two independent doctors who acknowledged that she was unable to work and unable to perform household services on or about February 25, 2025 and even as late as June 10,  2025.

41. Both insurance defendants:  Frankenmuth Insurance and The Doctors Company d/b/a of World Insurance Associates were made aware of these egregious statements on or about June 2025 and they have continued the discrimination via silence.

42. Ms. McAllister, prior to filing any lawsuits, addressed the civil rights violations and the defamation, yet the Defendants dug in their heels and continued to accuse her of "financial gain" from the reimbursement of services and never refuted that they discriminated against her.

43. The Coremed Plus defendants and subsequently the Insurance defendants were aware of these concerns yet continued anyway. All defendants did not believe that an African American and Cuban American woman in Michigan could earn almost $240,000.00 (two hundred forty thousand and 00/100 dollars/year).

44. All of the Defendants fed into the stereotype that African Americans and Hispanics are fraudsters, poor, and are trying to "game the system" and they treated her accordingly.

45. In fact, even as recent as June 29, 2025, the Coremed Plus wrote a response on the worldwide web to McAllister's review and opinion online, that she was attempting to receive "*financial gain*" from insurance in violation of HIPAA amongst other laws. (*Exhibit III – Defamation*)

46. This Court has jurisdiction because there exists federal questions including 28 USC § 4101, and 42 USC 1981, and Violation of HIPAA and 21st Century Cures Act.

47. The amount in controversy exceeds $75,000.00 (seventy-five thousand and 00/100 dollars)

## COUNT I

## VIOLATION OF 28 USC § 4101

48. The Plaintiff reaffirms all paragraphs herein.

49. The Coremed Plus Defendants made false assertions about McAllister's health status to the tune of writing online that she was attempting to receive  financial gain - "U*nfortunately, neither evaluation aligned with your financial interest.*" from this car accident.

50. The brazen, false, and defamatory statements, were false and known to be false yet the post is indicative of the false statements since on or about late August 2024/September 5, 2024.

51. McAllister had a valid auto policy prior to the car accident which affords medical care, household service, attendant care, and work loss benefits. In fact, McAllister had the "Cadillac benefits" with unlimited health care for her life as long as it was related to the car accident.

52. The Cormed Plus Defendants falsely informed McAllister's auto insurance that McAllister was able to work and that she was attempting to "financially gain" from the car accident.

53. The auto insurance carrier believed the Coremed Plus defendants resulting in cutting off her work loss benefits when she was still injured.

54. Ms. McAllister is not a public figure.

55. Ms. McAllister, upon discovery of the initial false statements in February 2025, wrote a demand letter to retract the false statements and no defendant corrected these false statements.

56. Ms. McAllister is still unable to work full time either driving nor computer work for greater than 30 minutes without the injuries to reoccur.

57. The defamatory statements have cost McAllister to lose sleep at night, emotionally eat and gained excess weight, depression, and loss of income, and loss of work loss / household service benefits from the auto accident insurance benefits approved by the state of Michigan from her auto carrier, USAA.

58. The Defendants are at fault for publishing falsely this information and their statements harmed Ms. McAllister in damages in excess of $500,000.00 (five hundred thousand and 00/100 dollars)

## COUNT III

### VIOLATION OF 42 USC 1981

59. The Plaintiff reaffirms all paragraphs herein.

60. All Defendants failed in Civil Rights in violation of 42 USC 1981.

61. The Coremed Plus Defendants had a valid contract with McAllister on or about May 2024 to provide medical services according to federal and state laws.

62. The Coremed Plus Defendants continuously erased her ethnicity of Hispanic from her medical charts and even continued to erase it when McAllister corrected it so much so that on February 14, 2025, she handwrote Cuban American on the form.

63. The Coremed Plus Defendants, not only erased her Cuban heritage from the forms, they also made false accusations that she was engaging in attempting to get insurance benefits for "financial gain".

64. The Coremed Plus Defendants did not believe that McAllister was capable of earning almost $240,000.00 (two hundred forty thousand and 00/100 dollars) per year because of her ethnicity.

65. The Coremed Plus Defendants failed to provide the standard of care of providing acceptable letters and standardized letters as it pertains to a car accident because of her race and ethnicity.

66. The Coremed Plus Defendants treat White and Middle Eastern patients with full standard of care.

67. The Coremed Plus Defendants breached the contract based on McAllister's African American and Cuban American heritage resulting in shame, humiliation, and financial losses due to the discrimination.

68. The Coremed Plus Defendants threatened Plaintiff that if she were to stop by and pick up her records, they would call the police to get her arrested for trespassing.

69. The Coremed Plus Defendants locked McAllister out of her electronic medical records portal.

70. By locking McAllister out of her portal and threatening police action, the Defendants put her at risk of medical care, took away her Due Process rights to be able to file a Medical Malpractice action due to no records, and /or file a complaint with the licensing board due to not enough information to review and find any issues.

71. Additionally, because the Defendants treated McAllister with substandard care in breach of the contract and in violation of 42 USC 1981, McAllister only learned from two other providers because of MRI of additional issues that could have been discovered had they provided substantive care.

72. As a direct and proximate result, Ms. McAllister has been damaged in excess of $75,000.00 (seventy-five thousand and 00/100 dollars)

## COUNT III

## VIOLATION OF HIPAA & 21ST CENTURY CURES ACT

73. The Plaintiff reaffirms all paragraphs herein.

74. All defendants violated HIPAA and 21st Century Cures Act which provides the rules for all medical providers across the country to follow.

75. The Coremed Plus Defendants on or about February 2025 locked out McAllister from her portal of electronic medical records and informed her that if she passed by the office again to pick up her records, they would call the cops and have her arrested for trespassing.

76. The federal laws state that Medical Providers are required to allow patients to have access to their records within 30 days of request either verbal or written.

77. Ms. McAllister had to obtain a Subpoena in order to get her medical records and there are still missing elements of the records.

78. The lack of medical records resulted in McAllister not having the opportunity for a) other medical practitioners to see her care, b) find another practitioner to review the standard of care for a potential Medical Malpractice lawsuit, and/or c) file a complaint with the state of Michigan medical licensing boards.

79. Ms. McAllister's care suffered as a direct result of the refusal to provide medical records in violation of HIPAA and 21st Century Cures Act enacted by Congress.

80. Ms. McAllister was not able to properly get a second opinion based on reviewing of the medical records for a medical malpractice lawsuit as all defendants deliberately and willfully revoked McAllister's ability to login and also that they threatened police action for trespassing if she sought to obtain her records.

81. Ms. McAllister was not able to file a complaint initially against Brzak's nurse practitioner license due to lack of information to substantiate her claim.

82. Most importantly, Ms. McAllister's progress regressed as a direct result of the actions by all Defendants – basically they were trying to protect their own skin and not lose their licenses upon discovery of their actions.

83. As a direct and proximate result, McAllister has suffered damages in excess of $75,000.00 (seventy-five thousand and 00/100 dollars)

**THE PLAINTIFF DEMANDS A JURY TRIAL.**

**WHEREFORE**, the Plaintiff respectfully requests this Honorable Court to grant in her favor:

a) Count I - VIOLATION OF 28 USC § 4101- $500,000.00 (five hundred thousand and 00/100 dollars)
b) Count II – VIOLATION OF 42 USC 1981 excess of  $75,000.00 ( seventy-five thousand and 00/100 dollars)
c) Count III – Violation of HIPAA & 21st Century Cares Act – excess of $75,000.00 (seventy five thousand and 00/100 dollars)
d) Any and all other damages deemed appropriate by this Honorable Court

Respectfully submitted,

/s/ Dana McAllister
607 Shelby St #749
Detroit, MI 48226
Dmcallisteroakcty@gmail.com
313-797-1731-m

Dated:  June 30, 2025

Exhibit

I

Contract

**MCALLISTER, Dana (id #23327, dob: 09/29/1973)**





*739705w30191    Admin

click here to view original file

### FINANCIAL AGREEMENT/PAYMENT POLICY

At CoreMed Plus your health is important to us. While we strive to provide affordable healthcare, our providers prioritize your medical needs over financial considerations when making decisions. It is your responsibility to understand your insurance benefits and coverage and understand the fact that your insurance company can make changes to your coverage at any time. Our staff makes every effort to assist you in understanding your health benefits. However, it is impossible for us to know all the many different employer group benefits from one employer to the next. Therefore, we are providing this notice to inform you of the following responsibilities as they relate to benefit coverage and payment responsibilities by the patient and CoreMed Plus.

**CoreMed Plus Responsibilities:** It is not the responsibility of CoreMed Plus to understand which providers or services are covered by the patient's insurance. We will assist the patient in obtaining payment from his/her insurance company but cannot ...

**Patients Responsibilities:** It is the patient's responsibility to know and understand their own health insurance benefit coverage/limits and which providers are in network with their insurance. If you are not insured by a plan we do business with, payment in full is expected at each visit. The patient is ultimately responsible for payment for all services rendered by CoreMed Plus at the time of treatment, and the patient must pay for any services not covered by the patient's insurance company. It is also the patient's responsibility to give CoreMed Plus the correct insurance information ...

By signing below, I hereby acknowledge and understand my responsibilities as a patient of CoreMed Plus and accept that CoreMed plus is not responsible for knowing my health insurance benefits for services provided.

I certify that I have read and accept the above agreement.

PRINT NAME

SIGNATURE

DATE

**MCALLISTER, Dana (id #23327, dob: 09/29/1973)**

MCALLISTER, DANA 09/29/73 #23327



# PATIENT HEALTH INFORMATION RELEASE FORM

click here to view original file

**I hereby authorize the release of any previous medical records to CoreMed Plus.**

## FROM

NAME

ADDRESS

CITY                                          STATE                      ZIP

PHONE                                         FAX

## PATIENT INFORMATION

NAME                                          DOB

PHONE

**DURATION:** I understand that this authorization is effective immediately and shall be valid for 6 months

**RIGHT TO REVOKE:** I understand that I can revoke this authorization in writing at any time

**REFUSE:** I understand that this information is protected and will not be used without prior written authorization from me unless such use is specifically required or permitted by law

## RECORDS TO BE RELEASED

1. All medical records, including lab reports, consultation reports, patient summary reports, operative reports, and imaging reports.

2. Other

Patient Signature                                          Date

Guardian Signature:                                        Date

Only
Payment of Household
Svcs b/c of Dr Ekkah's
Work letter on 2/21/25



IMG_0394.jpeg

5/2/25, 12:09 PM

https://mail.google.com/mail/u/0/#search/jlanesky%40chapmanlawgroup.com/?compose=CllgCJlDTBglWnKTCGQmZCFGLNJsHHxccGhkJNjKCdkZTxJRqnrRHDNXMtmGTLZHkgBDMLNwntL&projecto...   1/1

**MCALLISTER, Dana (id #23327, dob: 09/29/1973)**

MCALLISTER, DANA 09/29/73 #23327



A-HIPAA

click here to view original file

## COREMED PLUS HIPAA AGREEMENT

**Protected Health Information Messages:**

MCALLISTER, Dana (id #23327, dob: 09/29/1973)

# MAAN EKKAH, M.D., P.C.

*printed 02/26/2025 12:04 PM*

MAAN EKKAH, M.D., P.C.
PO BOX 37020
BELFAST, ME 04915-1212
*billing phone (248) 666-6095*

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME |
|---|---|---|
| DANA MCALLISTER | 23327 | DANA MCALLISTER |
| ~~...~~ | | |
| ~~...~~ | DOB | HOME TELEPHONE |
| | ~~09/29/...~~ | ~~077-6595~~ |

## Billing Summary

| Claim ID | Procedure | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins 1 | Ins 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 1494** | | | | | | | | | | |
| | 1125F | 05/16/2024 | 05/18/2024 | **CHARGE** | 1125F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | | |
| | 1125F | 05/16/2024 | 08/24/2024 | PAYMENT | CHECK 0040310836 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | 3008F | 05/16/2024 | 05/18/2024 | **CHARGE** | 3008F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | | |
| | 3008F | 05/16/2024 | 07/19/2024 | ADJUSTMENT | CONTRACTUAL (145597) | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | 3074F | 05/16/2024 | 05/18/2024 | **CHARGE** | 3074F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | | |
| | 3074F | 05/16/2024 | 07/19/2024 | ADJUSTMENT | CONTRACTUAL (145597) | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | 3078F | 05/16/2024 | 05/18/2024 | **CHARGE** | 3078F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | | |
| | 3078F | 05/16/2024 | 07/19/2024 | ADJUSTMENT | CONTRACTUAL (145597) | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | 99214 | 05/16/2024 | 05/18/2024 | **CHARGE** | 99214 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $230.38 | | |
| | 99214 | 05/16/2024 | 08/24/2024 | PAYMENT | CHECK 0040310836 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-149.32 | | |
| | 99214 | 05/16/2024 | 08/24/2024 | PAYMENT | CHECK 0040310836 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $ 1.47 | | |
| | 99214 | 05/16/2024 | 08/24/2024 | ADJUSTMENT | INTEREST | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $1.47 | | |
| | 99214 | 05/16/2024 | 08/24/2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-81.06 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 1875** | | | | | | | | | | |
| | 1125F | 05/30/2024 | 05/31/2024 | **CHARGE** | 1125F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | | |
| | 1125F | 05/30/2024 | 09/02/2024 | PAYMENT | CHECK 0040339230 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | 3008F | 05/30/2024 | 05/31/2024 | **CHARGE** | 3008F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | | |
| | 3008F | 05/30/2024 | 07/26/2024 | ADJUSTMENT | CONTRACTUAL (145597) | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

**MCALLISTER, Dana (id #23327, dob: 09/29/1973)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3074F | 05 30 2024 | 06 01 2024 | CHARGE | | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 |
| 3074F | 05 30 2024 | 07 26 2024 | ADJUSTMENT | CONTRACTUAL (146697) | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 |
| | | | | | OUTSTANDING | | $0.00  $0.00  $0.00 |
| 99212 | 05 30 2024 | 06 01 2024 | CHARGE | 99212 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $115.98 |
| 99212 | 05 30 2024 | 06 02 2024 | PAYMENT | CHECK 0040294298 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-65.05 |
| 99212 | 05 30 2024 | 06 02 2024 | PAYMENT | CHECK 0040294298 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $1.41 |
| 99212 | 05 30 2024 | 06 02 2024 | ADJUSTMENT | INTEREST | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.41 |
| 99212 | 05 30 2024 | 06 02 2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-50.13 |
| | | | | | OUTSTANDING | | $0.00  $0.00  $0.00 |

**Claim ID 2024**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1125F | 06 17 2024 | 06 21 2024 | CHARGE | 1125F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| 1125F | 06 17 2024 | 06 09 2024 | PAYMENT | CHECK 0040295597 | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| | | | | | OUTSTANDING | | $0.00  $0.00  $0.00 |
| 3009F | 06 17 2024 | 06 21 2024 | CHARGE | 3009F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| 3009F | 06 17 2024 | 08 25 2024 | ADJUSTMENT | CONTRACTUAL (146697) | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| | | | | | OUTSTANDING | | $0.00  $0.00  $0.00 |
| 3074F | 06 17 2024 | 06 21 2024 | CHARGE | 3074F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| 3074F | 06 17 2024 | 08 25 2024 | ADJUSTMENT | CONTRACTUAL (146697) | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| | | | | | OUTSTANDING | | $0.00  $0.00  $0.00 |
| 3079F | 06 17 2024 | 06 21 2024 | CHARGE | 3079F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| 3079F | 06 17 2024 | 08 25 2024 | ADJUSTMENT | CONTRACTUAL (146697) | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| | | | | | OUTSTANDING | | $0.00  $0.00  $0.00 |
| 3351F | 06 17 2024 | 06 21 2024 | CHARGE | 3351F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| 3351F | 06 17 2024 | 08 25 2024 | ADJUSTMENT | CONTRACTUAL (146697) | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| | | | | | OUTSTANDING | | $0.00  $0.00  $0.00 |
| 99213 | 06 17 2024 | 06 21 2024 | CHARGE | 99213 | AUTO INJURY SOLUTIONS | MAAN EKKAH | $195.20 |
| 99213 | 06 17 2024 | 09 09 2024 | PAYMENT | CHECK 0040295597 | AUTO INJURY SOLUTIONS | MAAN EKKAH | $-115.86 |
| 99213 | 06 17 2024 | 09 09 2024 | PAYMENT | CHECK 0040295597 | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.17 |
| 99213 | 06 17 2024 | 09 09 2024 | ADJUSTMENT | INTEREST | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.17 |
| 99213 | 06 17 2024 | 09 09 2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | MAAN EKKAH | $-79.34 |
| | | | | | OUTSTANDING | | $0.00  $0.00  $0.00 |

**Claim ID 2024**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1125F | 06 27 2024 | 06 29 2024 | CHARGE | 1125F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| 1125F | 06 27 2024 | 09 20 2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| | | | | | OUTSTANDING | | $0.00  $0.00  $0.00 |
| 1159F | 06 27 2024 | 06 29 2024 | CHARGE | 1159F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |
| 1159F | 06 27 2024 | 09 20 2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.01 |

**MCALLISTER, Dana (id #23327, dob: 09/29/1973)**

| | | | Type | | Provider | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |
| | 11... | 06/27/2024 | CHARGE | 11... | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.00 |
| | 11... | 06/27/2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | MAAN EKKAH | $... |
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |
| | 3009F | 06/27/2024 | CHARGE | 3009F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.00 |
| | 3009F | 06/27/2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | MAAN EKKAH | $... |
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |
| | 3074F | 06/27/2024 | CHARGE | 3074F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.00 |
| | 3074F | 06/27/2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | MAAN EKKAH | $... |
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |
| | 94214 | 06/27/2024 | CHARGE | 94214 | AUTO INJURY SOLUTIONS | MAAN EKKAH | $230.39 |
| | | | | | | OUTSTANDING | $230.39   $0.00   $0.00 |

**Claim ID ....**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1125F | 07/29/2024 | CHARGE | 1125F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.00 |
| | 1125F | 07/29/2024 | PAYMENT | CHECK 1130820531 | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.00 |
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |
| | 3009F | 07/29/2024 | CHARGE | 3009F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.00 |
| | 3009F | 07/29/2024 | ADJUSTMENT | CONTRACTUAL (1455971) | AUTO INJURY SOLUTIONS | MAAN EKKAH | $... |
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |
| | 3074F | 07/29/2024 | CHARGE | 3074F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.00 |
| | 3074F | 07/29/2024 | ADJUSTMENT | CONTRACTUAL (1455971) | AUTO INJURY SOLUTIONS | MAAN EKKAH | $... |
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |
| | 3079F | 07/29/2024 | CHARGE | 3079F | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.00 |
| | 3079F | 07/29/2024 | ADJUSTMENT | CONTRACTUAL (1455971) | AUTO INJURY SOLUTIONS | MAAN EKKAH | $0.00 |
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |
| | 99213 | 07/29/2024 | CHARGE | 99213 | AUTO INJURY SOLUTIONS | MAAN EKKAH | $180.20 |
| | 99213 | 07/29/2024 | PAYMENT | CHECK 1134023531 | AUTO INJURY SOLUTIONS | MAAN EKKAH | $155.56 |
| | 99213 | 07/29/2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | MAAN EKKAH | $24.64 |
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |

**Claim ID ....**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1125F | 09/05/2024 | CHARGE | 1125F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.00 |
| | 1125F | 09/05/2024 | PAYMENT | CHECK 1140034891 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.00 |
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |
| | 1159F | 09/05/2024 | CHARGE | 1159F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.00 |
| | 1159F | 09/05/2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $... |
| | | | | | | OUTSTANDING | $0.00   $0.00   $0.00 |
| | 1160F | 09/05/2024 | CHARGE | 1160F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.00 |
| | 1160F | 09/05/2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $... |

**MCALLISTER, Dana (id #23327, dob: 09/29/1973)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 30051 | 09-05-2024 | 10-08-2024 | **CHARGE** | 30051 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | |
| 30051 | 09-05-2024 | 10-08-2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3074F | 09-05-2024 | 10-08-2024 | **CHARGE** | 3074F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | |
| 3074F | 09-05-2024 | 10-08-2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3079F | 09-05-2024 | 10-08-2024 | **CHARGE** | 3079F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | |
| 3079F | 09-05-2024 | 10-08-2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 99214 | 09-05-2024 | 10-08-2024 | **CHARGE** | 99214 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $230.39 | |
| 99214 | 09-05-2024 | 10-08-2024 | PAYMENT | CHECK 0040564891 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-149.32 | |
| 99214 | 09-05-2024 | 10-08-2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-81.06 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

**Claim ID** (...)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1125F | 09-19-2024 | 10-07-2024 | **CHARGE** | 1125F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | |
| 1125F | 09-19-2024 | 11-06-2024 | PAYMENT | CHECK 0040904663 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3009F | 09-19-2024 | 10-07-2024 | **CHARGE** | 3009F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | |
| 3009F | 09-19-2024 | 11-06-2024 | ADJUSTMENT | CONTRACTUAL (145597) | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3074F | 09-19-2024 | 10-07-2024 | **CHARGE** | 3074F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | |
| 3074F | 09-19-2024 | 11-06-2024 | ADJUSTMENT | CONTRACTUAL (145597) | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3079F | 09-19-2024 | 10-07-2024 | **CHARGE** | 3079F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | |
| 3079F | 09-19-2024 | 11-06-2024 | ADJUSTMENT | CONTRACTUAL (145597) | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 99213 | 09-19-2024 | 10-07-2024 | **CHARGE** | 99213 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $185.20 | |
| 99213 | 09-19-2024 | 11-06-2024 | PAYMENT | CHECK 0040904663 | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-105.56 | |
| 99213 | 09-19-2024 | 11-06-2024 | ADJUSTMENT | CONTRACTUAL | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-79.54 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

**Claim ID** (...)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1125F | 10-09-2024 | 10-17-2024 | **CHARGE** | 1125F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | |
| 1125F | 10-09-2024 | 11-17-2024 | ADJUSTMENT | CONTRACTUAL (145597) | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3009F | 10-09-2024 | 10-17-2024 | **CHARGE** | 3009F | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $0.01 | |
| 3009F | 10-09-2024 | 11-17-2024 | ADJUSTMENT | CONTRACTUAL (145597) | AUTO INJURY SOLUTIONS | IMAD MANSOOR | $-0.01 | |
| | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

MCALLISTER, Dana (id #23327, dob: 09/29/1973)



# COREMED PLUS / MAAN EKKAH MD PC

Dana,

I hope you are doing well. We are reaching out to inform you that we are unable to continue your care at CoreMed Plus offices. After multiple attempts on your part to contact our providers, as well as efforts to alter reports for financial gain and threats of legal action against our staff and providers, we have made the decision to discontinue your care.

We wish you the best

Sincerely,

CoreMed Plus

MCALLISTER, Dana (id #23327, dob: 09/29/1973)
click here to view original file

Dana McAllister

Rochester, MI 48307

March 13, 2025

COREMED PLUS - MAAN EKKAH MD PC
SHANNON BRZAK
DR JARBO
IMAD MANSOOR MD


ATTN COREMED PLUS,

**PLEASE TAKE NOTICE** that I am in receipt of your letter without a date that was date stamped March 11, 2025. Enclosed is a copy for your records. Additionally, take notice that the information in your letter is false and you know it to be false. I never made any threats to your office. What I stated in the online records which you conveniently disabled, is that I would report your firm to the Federal Bureau of Information for insurance fraud and also file a lawsuit against Shannon Brzak.

Now, I understand that this was a complete collusion and therefore will file legal action against all of the parties named above. I never sought you to "alter" records. I merely requested that Shannon Brzak write complete records that included household services - of which she incompetently, with your backing refused. The household services is not for "financial gain" as you falsely state, is for reimbursement for **household services already paid for in the amount of $5,400.00** (five thousand four hundred and 00/100 dollars) I demand a full retraction and an apology by March 18, 2025 via USPS mail. Additionally, your office improperly billed the insurance company for services not rendered as it is my understanding

I had no intention to continue with your services as I was able to get care from two independent doctors who are competent in the area of people with car accident injuries. Additionally, your statements are retaliatory for the complaints already filed with licensing boards.

Finally, if by March 18, 2025, 5:00 pm EST, I do not hear a retraction, a correction of your billing, and proper and complete documentation from the provider, Shannon Brzak, it will be the understanding that you have no desire for competency, completeness, nor to do no harm, and will have no choice but to sue you to include a) Negligence b) Intentional Infliction of Emotional Distress, c) Fraud, d) Violation of Title VII of the Civil Rights Act, and e) Defamation

Dana McAllister

CC       Department of Government Efficiency

         Department of Health & Human Services

         LARA

**Empowering patients and improving patient access to their electronic health information**

4006(a)   HHS must

(1)   Encourage partnerships between health information exchanges and others to offer patients access to their electronic health information;

(2)   Educate providers on leveraging health information exchanges

(3)   Issue guidance to health information exchanges on best practices, and

(4)   Promote policies to facilitate patient communication with providers

ONC and OCR shall promote patient access to health information in a convenient form, without burdening the health care provider involved

OCR, in consultation with ONC, shall provide education for individuals on accessing and exchanging personal health information

The ONC may require health IT certification criteria support certain patient access components

Case 2:25-cv-11965-MAG-KGA   ECF No. 1, PageID.21   Filed 06/30/25   Page 21 of 29

Exhibit

II

Erasing Ethnic Information

MCALLISTER, Dana (id #23327, dob: 09/29/1973)

MCALLISTER, Dana (id #23327, dob: 09/29/1973)

MCALLISTER. DANA 09/29/73 #23327



'939703w3019'   A-Form-Lett

** Please review and update the information below to the best of your ability **

## Patient Registration

**PATIENT INFORMATION – PLEASE PRINT**

**Guarantor Information (to whom statements are sent)**

Name: **DANA MCALLISTER**

diclo... APPLY TO THE AFFECTED AREA FOUR TIMES DAILY AS NEEDED FOR PAIN

Middle Name:

Address:

ROCHESTER, MI  48307-2600

Relationship to patient

Date of Birth:

Social Security No.:

Phone:

| | |
|---|---|
| 06/17/24 | filled |
| 07/29/24 | entered |
| 02/21/25 | started |

ib... Take...

Home Phone: (248) 977-6505

**Emergency Contact Information**

Name:

Relationship:

Phone:

Mobile Phone:

nap... TAK...

Date of Birth: 09/29/1973

Order...

Order...

Race: Black or African American

Marital Status: U

**Employer information**

Employer

Address:

Phone:

## Problems
**Reviewed Problems**
- Overweight - Onset: 02/21/2025
- Postconcussion syndrome - Onset: 09/05/2024
- Bilateral tinnitus - Onset: 10/09/2024
- Neck pain - Onset: 05/30/2024
- Low back pain - Onset: 05/30/2024
- Fatigue - Onset: 06/27/2024
- Headache - Onset: 09/19/2024
- Depressed mood - Onset: 02/14/2025

**Pharmacy Information:**

Name

Crossroads

Phone

**Secondary Insurance Information**

Insurance Plan Name

Insurance ID:

Last Name:

First Name:

Middle Name

Address:

City, State, Zip:

Employer Name:

Patient's relationship to policy holder

| | |
|---|---|
| 06/17/24 | filled |
| 07/29/24 | entered |
| 02/21/25 | started |

diclo... APPLY TO THE AFFECTED AREA FOUR TIMES DAILY AS NEEDED FOR PAIN

ib... Take...

nap...

(reviewed 02/21/2025)

The above information is complete and accurate.

Signed _____   Date: _____

Allerg...

All...

NKD...

## Results / Interpretations
None recorded.

## Assessment / Plan

MCALLISTER, Dana (id #23327, ~~dob: 09/~~73)

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.


## Tobacco Smoking Status

None recorded.


## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 05/30/2024 | ████████████ | Imad Mansoor, MD: 42557 Woodward Ave, Bloomfield Hills, MI 48304-5206, Ph. (248) 454-1004 |
| 05/16/2024 | ████████████ | Imad Mansoor, MD: 42557 Woodward Ave, Bloomfield Hills, MI 48304-5206, Ph. (248) 454-1004 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Information not available |
| DOB: | 09/29/1973 | Race: | Black or African American |
| Preferred language: | English | Marital status: | Information not available |

Contact: ████████████, Ph. tel:+1-248-9776505


## Care Team Members

Insurance Adjuster

Veronica          Ph. tel:+1-800-5318722

**MCALLISTER, Dana (id #23327, dob: ~~09~~ )**
None recorded.


## Tobacco Smoking Status

None recorded.


## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 05/16/2024 | Low Back Pain; Neck Pain | Imad Mansoor, MD: 42557 Woodward Ave, Bloomfield Hills, MI 48304-5206, Ph. (248) 454-1004 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Information not available |
| DOB: | 09/29/1973 | Race: | Black or African American |
| Preferred language: | English | Marital status: | Information not available |


Contact:                254 1st St, Rochester, MI 48307, Ph. tel:+1-347-9071105

Exhibit

III

Defamation

Case 2:25-cv-11965-MAG-KGA   ECF No. 1, PageID.27   Filed 06/30/25   Page 27 of 29

**3:47**                         •I  5G<sup>u</sup> 🔋

 Google Maps                    ☁

←

If I could give zero stars, I would.  Shannon Brzak did not complete paperwork resulting in the insurance company for my car accident not  reimbursing me for household services.  When I brought it to the attention of the staff, no one was professional enough to correct her mistake which resulted in the loss thousands and thousands of dollars. Shannon wanted to give me prescription medications when all I wanted was complete paperwork.  If you are looking for incomplete paperwork, then this is the place for you.

**Response from the owner**  2 days ago
We're sorry to hear that you feel this way. Please know that two providers completed your paperwork based on our professional assessment and your documented medical status to ensure the accuracy of the evaluation. Unfortunately, neither evaluation aligned with your financial interests. As licensed providers, we are obligated to ensure that all information submitted is accurate and truthful. We cannot alter or misrepresent any details for the purpose of insurance or financial reimbursement. We understand that this situation has been frustrating, and we always strive to support our patients within the ethical and legal standards of our practice.

🖥            ⌐ google.com              ↻

‹            ⬆            📖            ⧉

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Dana McAllister

County to which action arose: *Oakland*

**(b)** County of Residence of First Listed Plaintiff *Oakland*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

313-797-1731

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Dana McAllister Pro Se
607 Shelby St 749, Det, MI 48226

## DEFENDANTS

Imad Manser et al

County of Residence of First Listed Defendant *OAKLAND*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** ☐ 370 Other Fraud | **LABOR** ☐ 710 Fair Labor Standards | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | Actions | | |

440

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1981   28 USC 4101

Brief description of cause:
Def - breached contract + discriminated, Defamation

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 500,000 +

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE Linda Parker

DOCKET NUMBER 2:25-cv-10391-LVP-CI

DATE 6/30/25

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously          ☒ Yes
            discontinued or dismissed companion cases in this or any other          ☐ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _Eastern District_____

Case No.: _2:25-cv-10391-LVP-CI_____

Judge: _Linda Parker_____


Notes :
_____

Oakland City Circuit Court
25-202204-NO
Judge Nanci J Grant

(Dismissed)